# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-4405 JAK (MRW) | Date | June 21, 2019 |
|---|---|---|---|
| Title | Parada v. Martinez | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**     ORDER TO SHOW CAUSE

1. Petitioner filed a statement in response to the Court's screening order. (Docket # 6.) The statement explains in great detail Petitioner's criminal history and his position regarding the use of juvenile adjudications at his sentencing. He also briefly contends that he "exhausted his direct appeal and 2255 motion" such that he is entitled to have his case heard in this district under "the escape hatch" doctrine of federal habeas law. (Id. at 3-4.)

2. That's not what the Court asked for in its screening order. Petitioner makes clear (both in his petition and in his supplemental statement) that he bases the current [fourth] federal habeas petition on newly-discovered "evidence" in his presentence report. (Id. at 3.) However, assuming this to be new evidence, Petitioner was directed to explain whether he has "a basis to apply to the Tenth Circuit for leave to file a new § 2255 motion in the court of conviction." He was also required to inform this Court "whether he has or has not pursued relief with the Tenth Circuit to file a successive petition on this issue, and whether he plans to do so." (Docket # 4 at 2.)

3. Petitioner's statement is tellingly silent on these points. Petitioner is ordered to show cause why the action should not be dismissed for his failure to comply with the Court's original order. Petitioner may discharge this OSC by promptly filing a statement addressing these issues – <u>not</u> the substance of his latest claim. Petitioner's response (not to exceed three pages) will be due by July 12. After that, the Court may solicit a response from the government or take other action.

**Failure to comply with this order will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).** <u>Applied Underwriters, Inc. v. Lichtenegger</u>, 913 F.3d 884 (9th Cir. 2019).